No. 82–5512. CHIN v. NADEL ET AL., *ante*, p. 1043. Petition for rehearing denied.

No. 82–117. NUNZIATA v. UNITED STATES, *ante*, p. 907. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

JANUARY 20, 1983

No. 82–5631. BROWN v. GEORGIA. Ct. App. Ga. Certiorari dismissed under this Court's Rule 53.

JANUARY 24, 1983

No. 82–857. BUSBEE, GOVERNOR OF GEORGIA, ET AL. v. SMITH, ATTORNEY GENERAL, ET AL. Affirmed on appeal from D. C. D. C.

No. 82–646. YATEMAN v. YATEMAN. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 82–943. ROSSON ET AL., T/A DOCTOR'S ANSWERING SERVICE ET AL. v. CITY OF MANASSAS ET AL. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 82–5637. BERRY v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.